

IN THE
TENTH COURT OF APPEALS

———————————

No. 10-17-00387-CV

IN RE INDEMNITY INSURANCE COMPANY OF NORTH AMERICA
AND PRAETORIAN INSURANCE COMPANY

———————————

Original Proceeding

MEMORANDUM OPINION

Relators and Real Party in Interest have filed a joint motion to dismiss this original proceeding with prejudice, stating that "all matters of fact and things in controversy have been fully and finally compromised and settled by and between" the parties to the underlying suit. The motion is granted, and this original proceeding is dismissed. *See* TEX. R. APP. P. 42.1(a)(2)(A). Costs are assessed against the party incurring same.


REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted; petition dismissed
Opinion delivered and filed August 8, 2018
[OT06]

